UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE JEFFERY T. MILLER)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MILTON PALMA-OLEA, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 08CR3989-JM <br><br> ORDER GRANTING JOINT MOTION <br> TO CONTINUE MOTION HEARING DATE <br> (Docket No. 8) |

Upon the joint motion of counsel (Docket No. 8) and for good cause shown, the motion hearing date in this case is hereby continued from the current date of December 19, 2008, to **January 30, 2009, at 11:00 a.m.**

IT IS SO ORDERED.

DATED: December 18, 2008

_____
Hon. Jeffrey T. Miller
United States District Judge